People v Daniel C. (2023 NY Slip Op 01686)

People v Daniel C.

2023 NY Slip Op 01686

Decided on March 29, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
REINALDO E. RIVERA
PAUL WOOTEN
HELEN VOUTSINAS, JJ.

2019-01162

[*1]The People of the State of New York, respondent,
v
Daniel C. (Anonymous), appellant. (S.C.I. No. 1055/14)

The Cassar Law Firm, P.C., Huntington, NY (Christopher J. Cassar of counsel), for appellant.
Raymond A. Tierney, District Attorney, Riverhead, NY (Edward A. Bannan and Marion Tang of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (William J. Condon, J.), rendered November 26, 2018, adjudicating him a youthful offender, upon his plea of guilty to attempted robbery in the second degree, and imposing sentence.
ORDERED that the judgment is affirmed.
"'The defendant's challenge to the validity of his waiver of indictment is not forfeited by his plea of guilty and would not be precluded by any valid waiver of the right to appeal'" (People v Barnhill, 130 AD3d 839, 839, quoting People v Yunga, 122 AD3d 951, 951; see People v Boston, 75 NY2d 585; People v Sze, 113 AD3d 795). Nor does that claim require preservation (see People v Boston, 75 NY2d at 589 n; People v Barnhill, 130 AD3d at 839; People v Yunga, 122 AD3d at 951). Nevertheless, contrary to the defendant's contention, his waiver of indictment was valid (see NY Const, art I, § 6; CPL 195.10, 195.20; People v Barnhill, 130 AD3d 839; People v Bastardo, 127 AD3d 776; People v Hanely, 107 AD3d 917; People v Newson, 106 AD3d 839; People v Gramola, 102 AD3d 810).
IANNACCI, J.P., RIVERA, WOOTEN and VOUTSINAS, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court